SO ORDERED.

Dated: October 6, 2014

Daniel P. Collins, Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JAMES AND KATHLEEN GILBRAITH,<br><br>Debtors. | Chapter 7 Proceeding<br><br>Case No.: 2:13-bk-05013-DPC<br><br>**ORDER DENYING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF REAL PROPERTY WITHOUT PREJUDICE** |

THIS MATTER came on for consideration by this Court on the Motion of the Chapter 7 Trustee, dated October 2, 2014, seeking authorization to sell the bankruptcy estate's interest in the property located at 182 County Road 89 East, Fremont, Ohio 43420, Tax ID No. 13-09-0019-01. An Objection to the Motion was filed by BMO Harris Bank N.A. on October 3, 2014. The matter was heard on an expedited basis at a court hearing conducted on October 6, 2014, during which hearing counsel for the Chapter 7 Trustee, BMO Harris Bank N.A., and the Debtors appeared. After considering the Motion, the Objection, the arguments of counsel at the October 6, 2014 court hearing, and for good cause,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Chapter 7 Trustee's Motion is denied without prejudice.

**SIGNED, DATED, AND ORDERED ABOVE.**